*Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Williams, Appellant, *v.* Maroney.

Submitted September 13, 1965. *Thomas Williams,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Witman, Appellant, *v.* Myers.

Submitted September 13, 1965. *Harry L. Witman,* appellant, in propria persona.

Order affirmed.

## Commonwealth ex rel. Witman, Appellant, *v.* Myers.

Submitted September 13, 1965. *Harry L. Witman,* appellant, in propria persona; *W. F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for appellee.

Order affirmed.